

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:      In the Interest of I. V. H. child v. Department of Family and Protective Services

Appellate case number:   01-19-00281-CV

Trial court case number: 17-DCV-245784

Trial court:             328th District Court of Fort Bend County

       The Texas Department of Family and Protective Services has filed a motion requesting access and a copy of the sealed record filed in this case. Because the records were sealed by the trial court, the Department's request must be directed to the trial court. *See* TEX. R. CIV. P. 76a(7) ("A court that issues a sealing order retains continuing jurisdiction to enforce, alter, or vacate that order."). Accordingly, the motion is denied.

       It is so ORDERED.


Judge's signature: ___/s/ Gordon Goodman_____
                                   Acting individually


Date: ___June 25, 2019____